Commonwealth ex rel. Richardson, Appellant, *v.* Johnston.

Submitted September 11, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Robert M. Richardson,* appellant, in propria persona.

*M. B. DeForrest,* District Attorney, for appellee.

OPINION PER CURIAM, October 10, 1958:
The order of the court below is affirmed on the opinion of Judge HIMES of the Court of Common Pleas of Huntingdon County as reported in 14 Pa. D. & C. 2d 283.